

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00813-CR

Laprentice James **COUNTY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2004CR8131
Honorable Joey Contreras, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 10, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice